# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| CLYDE EDINBOROUGH, | : |
|     Plaintiff, | : |
| vs. | :    CIVIL ACTION NO.: CV209-095 |
| CLYDE WESTON, | : |
|     Defendant. | : |

### O R D E R

On August 10, 2009, Magistrate Judge James E. Graham entered a Report recommending dismissal of Plaintiff's claims in their entirety. Presently before the Court are Plaintiff's "opposition" to the Report and Recommendation. In his filing, Plaintiff offers nothing more than his disagreement and displeasure with the recommendation of dismissal. After an independent review of the record and Plaintiff's opposition, the Court concurs with the Magistrate Judge's Report and Recommendation. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this __24th__ day of August, 2009.

                                              HONORABLE LISA GODBEY WOOD
                                              UNITED STATES DISTRICT JUDGE